JS-6

FILED
CLERK, U.S. DISTRICT COURT

6/10/2020

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOSHE (MICHAEL) A. PERRY, | No.: 2:19-CV-07731-JAK-ASx |
| Plaintiff, | |
| vs. | **JUDGMENT** |
| DUPURE INTERNATIONAL, INC. AND ALTER EGO BALANCE ENERGY LLC. (PART OF MARMON GROUP); PATRICK DALEE, DUPURE INT'L COO, COSTCO WHOLSALE LLC, ECO-WATER, (JOINT VENTURE PARTNERS), XL SPECIALTY INSURANCE CO. DOES 1 THROUGH 10 KNOWN AND UNKNOWN DEFENDANTS, | |
| Defendants. | |

On November 5, 2019, Defendants Balance Energy, LLC and Patrick Dalee ("Defendants") filed a Motion to Dismiss Plaintiff's Complaint ("Motion to Dismiss"), and on April 9, 2020, Motion to Dismiss was granted in its entirety. For these reasons,

**IT IS HEREBY ORDERED AND ADJUDGED THAT:**

1. Plaintiff Moshe (Michael) A. Perry take nothing by his Complaint;

2. Judgment on the merits is hereby entered in favor of Defendants Balance Energy, LLC (erroneously sued as Dupure International Inc. and Alter Ego Balance Energy, LLC. (part of Marmon Group)), Dupure International, Inc., Patrick Dalee, Costco Wholesale, LLC, Eco-Water, and XL Specialty Insurance Co., against Plaintiff Moshe (Michael) A. Perry;

3. Plaintiff's Complaint is dismissed with prejudice;

4. Defendants Balance Energy, LLC (erroneously sued as Dupure International Inc. and Alter Ego Balance Energy, LLC. (part of Marmon Group)), Dupure International, Inc., Patrick Dalee, Costco Wholesale, LLC, Eco-Water, and XL Specialty Insurance Co. are prevailing parties; and

5. The claim-preclusive effects of the Court's Order Granting Defendant's Motion to Dismiss do not extend to any claims arising out of Plaintiff's purported work in 2019 as an independent contractor for Yanchewski & Wardell Enterprise Inc., an entity that is not a party to this action.

Dated: June 10, 2020 _____
John A. Kronstadt
United States District Judge